| FORM B1 | **United States Bankruptcy Court** <br> _WESTERN_ District of _NEW YORK_ | **Voluntary Petition** |

| Name of Debtor (if individual, enter Last, First, Middle): <br> _Vorwerk, Richard J._ | Name of Joint Debtor (Spouse)(Last, First, Middle): <br> _Vorwerk, Elaine M._ |
|---|---|
| All Other Names used by the Debtor in the last 6 years <br> (include married, maiden, and trade names): <br> _NONE_ | All Other Names used by the Joint Debtor in the last 6 years <br> (include married, maiden, and trade names): <br> _NONE_ |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. <br> (if more than one, state all)_5172_ | Last four digits of Soc. Sec. No./Compete EIN or other Tax I.D. No. <br> (if more than one, state all)_7405_ |
| Street Address of Debtor (No. & Street, City, State & Zip Code): <br> _11 Jackie Lane_ <br> _Depew NY 14043_ | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): <br> _11 Jackie Lane_ <br> _Depew NY 14043_ |
| County of Residence or of the <br> Principal Place of Business: _Erie_ | County of Residence or of the <br> Principal Place of Business: _Erie_ |
| Mailing Address of Debtor (if different from street address): <br> _SAME_ | Mailing Address of Joint Debtor (if different from street address): <br> _SAME_ |

Location of Principal Assets of Business Debtor
(If different from street address above): _NOT APPLICABLE_

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)

☒ Individual(s)  ☐ Railroad
☐ Corporation  ☐ Stockbroker
☐ Partnership  ☐ Commodity Broker
☐ Other _____  ☐ Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☒ Chapter 7  ☐ Chapter 11  ☐ Chapter 13
☐ Chapter 9  ☐ Chapter 12
☐ Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)

☒ Consumer/Non-Business  ☐ Business

**Chapter 11 Small Business** (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)

☒ Full Filing Fee attached
☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)

THIS SPACE IS FOR COURT USE ONLY

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): *Richard J. Vorwerk and Elaine M. Vorwerk* | **FORM B1, Page 2** |
|---|---|---|

## Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: *NONE* | Case Number: | Date Filed: |
|---|---|---|

## Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: *NONE* | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Richard J. Vorwerk*
Signature of Debtor

**X** */s/ Elaine M. Vorwerk*
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

### Signature of Attorney

**X** */s/ Edwin R. Ilardo*
Signature of Attorney for Debtor(s)

*Edwin R. Ilardo*
Printed Name of Attorney for Debtor(s)

*Edwin R. Ilardo Law Office*
Firm Name

*5899 South Park Avenue*
Address

*P. O. Box 887*

*Hamburg NY  14075-0887*

*(716) 646-1190*
Telephone Number          Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☐ Exhibit A is attached and made a part of this petition

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

**X** */s/ Edwin R. Ilardo*
Signature of Attorney for Debtor(s)          Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

_____

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

**X** _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

In re *Richard J. Vorwerk and Elaine M. Vorwerk* / Debtor       Case No._____

(if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 1 Chase Manhattan Bnk as trustee c/o Rosicki Rosicki & Assoc PC One Old Country Rd Suite 200 Carle Place NY 11514** | J | *1997 Mortgage 5521 Transit Road, Depew NY 14043*  Value: *$ 290,000.00* | | | | *$ 164,000.00* | *$ 0.00* |
| Account No: **7094** **Creditor # : 2 Ford Motor Credit PO Box 220564 Pittsburgh PA 15257-2564** | H | *2003 Car loan*  Value: *$ 20,000.00* | | | | *$ 20,323.31* | *$ 323.31* |
| Account No: **Creditor # : 3 Midland Mortgage Co PO Box 268888 Oklahoma City OK 73126-8888** | J | *1977 11 Jackie Lane, Depew NY 14043*  Value: *$ 90,000.00* | | | | *$ 8,000.00* | *$ 0.00* |
| Account No: | | Value: | | | | | |

No continuation sheets attached

Subtotal $ (Total of this page) | *192,323.31*
Total $ (Use only on last page. Report total also on Summary of Schedules) | *192,323.31*

FORM B6E (12/03) West Group, Rochester, NY

In re *Richard J. Vorwerk and Elaine M. Vorwerk* _____ / Debtor    Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

*1*   continuation sheets attached

In re _Richard J. Vorwerk and Elaine M. Vorwerk_____ / Debtor     Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No: *3734* Creditor # : 1 Erie Tax Certificate Corp c/o XSPAND Inc PO Box 2288 Morristown NJ 07962-2288 | H | 2001-03 real estate taxes 5521 Transit Road, Depew NY 14043 | | | | $ 27,691.07 | $ 27,691.07 |
| Account No: *1935* Creditor # : 2 Erie Tax Certificate Corp c/o XSPAND Inc PO Box 2288 Morristown NJ 07962-2288 | J | 2001-03 Real estate taxes 11 Jackie Lane, Depew NY 14043 | | | | $ 3,323.81 | $ 0.00 |
| Account No: *4610* Creditor # : 3 Internal Revenue Service PO Box 267 Stop 812 Covington KY 41019-0001 | H | 2001-03 Defunct corp. debt listed in case of personal liability. For information purposes. | | | | $ 1.00 | $ 1.00 |
| Account No: *4610* Creditor # : 4 Internal Revenue Service Spec Proc Box 266 Niagara Square Station Buffalo NY 14201 | H | 2001-03 Defunct corp. debt listed in case of personal liability. | | | | $ 11,351.49 | $ 11,351.49 |
| Account No: *4610* Creditor # : 5 NYS Proc Div Bankruptcy Subsec Room 703 Bldg 8 State Campus Albany NY 12227 | H | 2001-03 Defunct corp. debt listed in case of personal liability. | | | | $ 154,114.33 | $ 154,114.33 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. _1_ of _1_ continuation sheets attached to

Schedule of Creditors

Subtotal $   196,481.70<br>(Total of this page)

Total $  196,481.70<br>(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re *Richard J. Vorwerk and Elaine M. Vorwerk* / Debtor    Case No. _____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  **0017**<br>*Creditor # : 1*<br>*Advanta Bank Corp*<br>*PO Box 8088*<br>*Philadelphia PA 19101-8088* | | *J* | *2001-03*<br><br>*Defunct corp. debt listed in case of personal liability.* | | | | *$ 9,278.71* |
| Account No:  **2434**<br>*Creditor # : 2*<br>*Arcata QueBecor*<br>*PO Box 30495*<br>*Tampa FL 33630* | | *J* | *2001-03* | | | | *$ 3,000.00* |
| Account No:  **1899**<br>*Creditor # : 3*<br>*ASCAP*<br>*21678 Network Place*<br>*Chicago  IL 60673-1216* | | *J* | *2001-03*<br><br>*Defunct corp. debt listed in case of personal liability.* | | | | *$ 3,139.70* |
| Account No:  **3090**<br>*Creditor # : 4*<br>*Bank One*<br>*PO Box 15153*<br>*Wilmington DE 19886-5153* | | *J* | *2001-03* | | | | *$ 4,975.00* |

*6* continuation sheets attached

| | |
|---|---|
| **Subtotal $**<br>(Total of this page) | *20,393.41* |
| **Total $**<br>(Report total also on Summary of Schedules) | |

FORM B6F (12/03) West Group, Rochester, NY

In re *Richard J. Vorwerk and Elaine M. Vorwerk* / Debtor          Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **5750**<br>*Creditor # : 5*<br>*BCS*<br>*PO Box 9268*<br>*Fayetteville AR 72703-0021* | J | *2001-03*<br><br>*Defunct corp. debt listed in case of personal liability.* | | | | *$ 300.00* |
| Account No: **0086**<br>*Creditor # : 6*<br>*Capitol One FSB*<br>*PO Box 85184*<br>*Richmond VA 23285-5184* | | *2001-03*<br><br>*Defunct corp. debt listed in case of personal liability.* | | | | *$ 1,032.90* |
| Account No: **4380**<br>*Creditor # : 7*<br>*Capital One FSB*<br>*PO Box 85184*<br>*Richmond VA 23285-5184* | J | *2001-03*<br><br>*Defunct corp. debt listed in case of personal liability.* | | | | *$ 4,961.58* |
| Account No:<br>*Creditor # : 8*<br>*Catherine Golonka*<br>*27 Main St*<br>*PO Box 25314151*<br>*Tonawanda NY 14150* | | *2001-03*<br>*Accountant fees*<br>*Defunct corp. debt listed in case of personal liability.* | | | | *$ 3,200.00* |
| Account No: **7385**<br>*Creditor # : 9*<br>*Certo Bros Distributing*<br>*PO Box 380*<br>*West Seneca NY 14224-0380* | | *2001-03*<br><br>*Defunct corp. debt listed in case of personal liability.* | | | | *$ 108.00* |
| Account No: **4847**<br>*Creditor # : 10*<br>*Chase Freedom*<br>*PO Box 15583*<br>*Wilmington DE 19886-1194* | J | *2001-03* | | | | *$ 11,748.00* |

Sheet No. **1** of **6** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**          *21,350.48*
(Total of this page)
**Total $**
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Richard J. Vorwerk and Elaine M. Vorwerk_ / Debtor    Case No. _____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. <br><br> H--Husband <br> W--Wife <br> J--Joint <br> C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: *0812* <br> *Creditor # : 11* <br> *Citi Cards* <br> *PO Box 8110* <br> *S Hackensack NJ 07606-8110* | *J* | *2001-03* | | | | *$ 10,526.00* |
| Account No: *3697* <br> *Creditor # : 12* <br> *Citi Cards* <br> *PO Box 8108* <br> *S Hackensack NJ 07606-8108* | *J* | *2001-03* | | | | *$ 3,927.68* |
| Account No: *9593* <br> *Creditor # : 13* <br> *Citi Cards* <br> *PO Box 8102* <br> *S Hackensack NJ 07606-8102* | *J* | *2001-03* | | | | *$ 11,157.93* |
| Account No: *3821* <br> *Creditor # : 14* <br> *Colony Liquor* <br> *PO Box 645* <br> *West Seneca NY 14224-0645* | | *2001-03* <br><br> *Defunct corp. debt listed in case of personal liability.* | | | | *$ 1,247.50* |
| Account No: <br> *Creditor # : 15* <br> *Commercial Coll Corp* <br> *1561 Kenmore Avenue* <br> *Buffalo NY 14217* | | *2003* <br><br> *Collection agent for Eber Bros Mullen & Gunn and Universal Liquor.* | | | | *$ 0.00* |
| Account No: *4887* <br> *Creditor # : 16* <br> *Discover Financial Services* <br> *P O Box 7086* <br> *Dover DE 19903-7086* | *J* | *2001-03* | | | | *$ 7,535.00* |

Sheet No. _2_ of _6_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**    *34,394.11*
(Total of this page)
**Total $**
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Richard J. Vorwerk and Elaine M. Vorwerk_ / Debtor  Case No. _____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: _8843_<br>_Creditor # : 17_<br>_Eber Bros Mullen & Gunn_<br>_6000 North Bialey Ave Suite 1E_<br>_Amherst NY 14226_ | | _2001-03_<br><br>_Defunct corp. debt listed in case of personal liability._ | | | | _$ 2,205.33_ |
| Account No: _I050_<br>_Creditor # : 18_<br>_Elwood Fire Protection_<br>_291 Grote St_<br>_Buffalo NY  14207-2415_ | | _2001-03_<br><br>_Defunct corp. debt listed in case of personal liability._ | | | | _$ 464.70_ |
| Account No: _1016_<br>_Creditor # : 19_<br>_Erie County Water Authority_<br>_350 Ellicott Square Bldg_<br>_PO Box 5148_<br>_Buffalo NY 14240-5148_ | | _2001-03_<br><br>_Defunct corp. debt listed in case of personal liability._ | | | | _$ 839.00_ |
| Account No: _7219_<br>_Creditor # : 20_<br>_G-Tech Corporation_<br>_5 Selina Drive_<br>_Albany NY 12205_ | | _2001-03_<br><br>_Defunct corp. debt listed in case of personal liability._ | | | | _$ 2,109.62_ |
| Account No: _1270_<br>_Creditor # : 21_<br>_J C Penney_<br>_PO Box 981131_<br>_El Paso TX 79998_ | _J_ | _2001-03_ | | | | _$ 133.86_ |
| Account No: _2001_<br>_Creditor # : 22_<br>_Marlin Leasing_<br>_124 Gaither Dr Suite 170_<br>_Mt Laurel  NJ 08054_ | | _2001-03_<br><br>_Defunct corp. debt listed in case of personal liability._ | | | | _$ 5,535.60_ |

Sheet No. _3_ of _6_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $**<br>(Total of this page) | _11,288.11_ |
| **Total $**<br>(Report total also on Summary of Schedules) | |

FORM B6F (12/03) West Group, Rochester, NY

In re _Richard J. Vorwerk and Elaine M. Vorwerk_ / Debtor        Case No. _____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: _1658_<br>_Creditor # : 23_<br>_MBNA America_<br>_PO Box 15102_<br>_Wilmington DE 19886-5102_ | J | _2001-03_ | | | | _$ 7,073.00_ |
| Account No: _6525_<br>_Creditor # : 24_<br>_MBNA America_<br>_P O Box 15137_<br>_Wilmington DE 19886-5137_ | J | _2001-03_ | | | | _$ 8,199.83_ |
| Account No: _2908_<br>_Creditor # : 25_<br>_Modern Disposal Services_<br>_4746 Model City Rd_<br>_PO Box 209_<br>_Model City NY 14107-0209_ | | _2001-03_<br><br>_Defunct corp. debt listed in case of personal liability._ | | | | _$ 310.75_ |
| Account No:<br>_Creditor # : 26_<br>_National Assoc Cred Mngt_<br>_1185 Harlem Rd_<br>_Buffalo NY 14227_ | | _2001-03_<br><br>_Defunct corp. debt listed in case of personal liability._ | | | | _$ 1.00_ |
| Account No: _6307_<br>_Creditor # : 27_<br>_National Fuel_<br>_PO Box 4103_<br>_Buffalo NY 14264_ | | _2003_<br><br>_Defunct corp. debt listed in case of personal liability._ | | | | _$ 1,881.90_ |
| Account No:<br>_Creditor # : 28_<br>_Norfolk Southern Corp_<br>_c/o Nixon Peabody LLP_<br>_1600 Main Place Tower_<br>_Buffalo NY 14202-3716_ | | _2003_<br>_Third party judgment_<br>_Defunct corp. debt listed in case of personal liability._ | | | | _$ 1.00_ |

Sheet No. _4_ of _6_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**
(Total of this page)       _17,467.48_

**Total $**
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Richard J. Vorwerk and Elaine M. Vorwerk_ / Debtor    Case No._____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **6307**<br>_Creditor # : 29_<br>_North American Energy Inc_<br>_20 West Third St Suite 10_<br>_PO Box 400_<br>_Jamestown NY 14702-0400_ | | _2001-03_<br><br>_Defunct corp. debt listed in case of personal liability._ | | | | _$ 3,880.06_ |
| Account No: **5787**<br>_Creditor # : 30_<br>_Nova Corporation_<br>_c/o NCO Financial Systems Inc_<br>_PO Box 6489_<br>_Baltimore MD 21230_ | | _2001-03_<br><br>_Defunct corp. debt listed in case of personal liability._ | | | | _$ 50.85_ |
| Account No: **0007**<br>_Creditor # : 31_<br>_NYSEG_<br>_PO Box 5550_<br>_Ithaca NY 14852-5550_ | | _2003_<br><br>_Defunct corp. debt listed in case of personal liability._ | | | | _$ 410.00_ |
| Account No: **0044**<br>_Creditor # : 32_<br>_Sears Payment Center_<br>_P O Box 182149_<br>_Columbus OH 43218-2149_ | _J_ | _2001-03_ | | | | _$ 152.91_ |
| Account No: **9090**<br>_Creditor # : 33_<br>_Target/Retailers Natl Bank_<br>_PO Box 59231_<br>_Minneapolis MN 55440-0231_ | _J_ | _2001-03_ | | | | _$ 135.79_ |
| Account No: **1090**<br>_Creditor # : 34_<br>_Try It Distributing_<br>_4155 Walden Ave_<br>_Lancaster NY 14086_ | | _2001-03_<br><br>_Defunct corp. debt listed in case of personal liability._ | | | | _$ 721.78_ |

Sheet No. **5** of **6** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ _5,351.39_
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Richard J. Vorwerk and Elaine M. Vorwerk_ / Debtor    Case No. _____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: _6179_<br><br>_Creditor # : 35_<br>_Universal Liquor_<br>_125 Allied Dr_<br>_Buffalo NY 14227-1041_ | | | _2001-03_<br><br>_Defunct corp. debt listed in case of personal liability._ | | | | _$ 169.88_ |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. _6_ of _6_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal $ (Total of this page) | _169.88_ |
|---|---|---|
|  | Total $ (Report total also on Summary of Schedules) | _110,414.86_ |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK
## WESTERN DIVISION

In re *Richard J. Vorwerk*
   *and*
   *Elaine M. Vorwerk*

Case No.

Chapter **7**

_____ / Debtor

Attorney for Debtor: *Edwin R. Ilardo*


## <u>VERIFICATION OF CREDITOR MATRIX</u>


      The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the

best of our knowledge.


Date: _____

*/s/ Richard J. Vorwerk* _____
Debtor

*/s/ Elaine M. Vorwerk* _____
Joint Debtor

```
Chase Manhattan Bnk as trustee
c/o Rosicki Rosicki & Assoc PC
One Old Country Rd Suite 200
Carle Place, NY  11514

Ford Motor Credit
PO Box 220564
Pittsburgh, PA  15257-2564

Midland Mortgage Co
PO Box 268888
Oklahoma City, OK  73126-8888

Erie Tax Certificate Corp
c/o XSPAND Inc
PO Box 2288
Morristown, NJ  07962-2288

Internal Revenue Service
Spec Proc Box 266
Niagara Square Station
Buffalo, NY  14201

Internal Revenue Service
PO Box 267 Stop 812
Covington, KY  41019-0001

NYS Proc Div Bankruptcy Subsec
Room 703 Bldg 8
State Campus
Albany, NY  12227

Advanta Bank Corp
PO Box 8088
Philadelphia, PA  19101-8088

Arcata QueBecor
PO Box 30495
Tampa, FL  33630

ASCAP
21678 Network Place
Chicago , IL  60673-1216

Bank One
PO Box 15153
Wilmington, DE  19886-5153

BCS
PO Box 9268
Fayetteville, AR  72703-0021

Capital One FSB
PO Box 85184
Richmond, VA  23285-5184
```

Capitol One FSB
PO Box 85184
Richmond, VA  23285-5184

Catherine Golonka
27 Main St
PO Box 25314151
Tonawanda, NY  14150

Certo Bros Distributing
PO Box 380
West Seneca, NY  14224-0380

Chase Freedom
PO Box 15583
Wilmington, DE  19886-1194

Citi Cards
PO Box 8108
S Hackensack, NJ  07606-8108

Citi Cards
PO Box 8102
S Hackensack, NJ  07606-8102

Citi Cards
PO Box 8110
S Hackensack, NJ  07606-8110

Colony Liquor
PO Box 645
West Seneca, NY  14224-0645

Commercial Coll Corp
1561 Kenmore Avenue
Buffalo, NY  14217

Discover Financial Services
P O Box 7086
Dover, DE  19903-7086

Eber Bros Mullen & Gunn
6000 North Bialey Ave Suite 1E
Amherst, NY  14226

Elwood Fire Protection
291 Grote St
Buffalo, NY   14207-2415

Erie County Water Authority
350 Ellicott Square Bldg
PO Box 5148
Buffalo, NY  14240-5148

G-Tech Corporation
5 Selina Drive
Albany, NY  12205

J C Penney
PO Box 981131
El Paso, TX  79998

Marlin Leasing
124 Gaither Dr Suite 170
Mt Laurel , NJ  08054

MBNA America
PO Box 15102
Wilmington, DE  19886-5102

MBNA America
P O Box 15137
Wilmington, DE  19886-5137

Modern Disposal Services
4746 Model City Rd
PO Box 209
Model City, NY  14107-0209

National Assoc Cred Mngt
1185 Harlem Rd
Buffalo, NY  14227

National Fuel
PO Box 4103
Buffalo, NY  14264

Norfolk Southern Corp
c/o Nixon Peabody LLP
1600 Main Place Tower
Buffalo, NY  14202-3716

North American Energy Inc
20 West Third St Suite 10
PO Box 400
Jamestown, NY  14702-0400

Nova Corporation
c/o NCO Financial Systems Inc
PO Box 6489
Baltimore, MD  21230

NYSEG
PO Box 5550
Ithaca, NY  14852-5550

Sears Payment Center
P O Box 182149
Columbus, OH  43218-2149

Target/Retailers Natl Bank
PO Box 59231
Minneapolis, MN  55440-0231

```
Try It Distributing
4155 Walden Ave
Lancaster, NY  14086

Universal Liquor
125 Allied Dr
Buffalo, NY  14227-1041
```